AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>**DEVANTE COFFIE**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:20 MJ 6127 PLC<br>)  **SIGNED AND SUBMITTED TO THE**<br>)  **COURT FOR FILING BY RELIABLE**<br>)  **ELECTRONIC MEANS.**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 31, 2020__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:922(u) | Theft of firearms from a federal firearms licensee |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury the forgoing is true and correct.

*Complainant's signature*

Special Agent Eric Shelvy, ATF

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41,

Date: 06/02/2020

*Patricia L. Cohen*
*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Patricia L. Cohen, U.S. Magistrate Judge

*Printed name and title*