FILED

JUN 1 0 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR269 RWS/SPM |
| DEVANTE COFFIE, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about May 31, 2020, in Saint Louis County, within the Eastern District of Missouri,

**DEVANTE COFFIE,**

the Defendant herein, did steal and unlawfully take and carry away from the inventory and premises of Southside Pawn, a federal firearms licensee, firearms that had traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(u).

### COUNT 2

The Grand Jury further charges that:

On or about June 1, 2020, in Saint Louis City, within the Eastern District of Missouri,

**DEVANTE COFFIE,**

the Defendant herein, knowingly possessed a firearm, knowing and having reasonable cause to believe the firearm was stolen, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(j).

## COUNT 3

The Grand Jury further charges that:

On or about June 1, 2020, in Saint Louis City, within the Eastern District of Missouri,

**DEVANTE COFFIE,**

the Defendant herein, knowingly received a firearm, knowing he was under indictment for a crime punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(n).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney