Shari Coffie
XXX Park Commons Ct
Valley Park, MO 63088

To,
The Honorable Judge Sipple

Dear Judge Sipple,

I am writing this letter for my son Devante Coffie, who has been incarcerated for nearly a year. As a mother, this is not the life I wanted for my son. I see his potential and know this is not the life he wants for himself.
Devante is an intelligent young man, and devoted father who wants the best for himself and his daughters. DeVante is a genuine person that cares for school, work and the people he encounters. DeVante set goals and completed them even when obstacles get in his way he's a reliable person when you need one. DeVante is a very passionate, caring, and loving person. I know his actions may not indicate this, but after suffering very traumatic losses he lost his way. At the age of 5, he lost his biological father and then formed a tight bond with my father and brothers who then took on that role.  In 2013 both my father and brother passed unexpectedly and things began to change drastically.
As a mother, I sought all of the assistance I could to get my child help.  However, I ran into so many roadblocks, as did my son.  With all of his fathers now gone he drifted away from his core values.
I saw this and still continued to fight for him because despite this I saw him still try his best.  He sought scholarships for college without being prompted.  Even now in his current situation he speaks with me about future goals and plans.

He understands that his actions have consequences and therefore his plans include looking at facilities that offer educational programs for trades and college degrees.  We also discuss his desires to be an entrepreneur and completing his degree in accounting so that he can provide for his daughters.

Devante is not just an average young man, he is exceptional and full on potential he is ready to fully step into. As his mother I see the need for therapeutic programs that will help him heal and reform so that he can be his best. Without these programs or true reform, Devante will not be able to truly succeed.  It would be best that he is placed in a facility that is not highly populated with people he is familiar with.

Thank you in advance for your time.

Sincerely,

Shari Coffie