Vanessa Noble
XXX Sycamore
East Saint Louis, Illinois 62201

March 31, 2021

The Honorable Judge Sipple:

    I am writing this letter on behalf of Devante Coffie.  I have known Devante since he was a toddler. He has always been a respectful young man while growing up. He would often share his dreams and aspirations of becoming a professional football player after obtaining his college degree in business or accounting. He was one of the brightest students in his classroom. He helped tutor other classmates who did not catch on so quickly.  His teachers and principals would tell his mother how proud they were of his excellence in academics and earning star student on so many occasions.  Devante is admired by so many of his peers and adults who have the pleasure of knowing him.

    Devante is now a young father of two beautiful daughters who love spending father-daughter time together. They would have lunch in the park or taking them to the mall to get their favorite toy or clothing attire. This time spent with his daughters is vital to his children. Since Devontae found out he was a father, it gave him another perspective on life. He understands now that his priorities have changed. He realizes that the things he does have a direct impact on his daughters. Devante's love and devotion to his children and family is commendable. His daughters are heartbroken without him being in their lives.

    Devante still has a bright future ahead of him. He has made some mistakes, but he can still finish his college degree and become that successful accountant; he always wanted to become. Devante is a loyal and generous person who does not mind sharing with others. His generosity extends beyond just family; he has helped strangers in need. Devante has many family and friends who can offer him love and support.

From all the years I have known Devante, he was always polite and respectful.

If you have any questions, please feel free to contact me. (XXX) XXX-8960

Sincerely,

Vanessa Noble